**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| | ) | |
| Min Sik Park, et al | ) | Case No: 14 C 1541 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Dundee Market III, Inc. et al | ) | |
| | ) | |

## ORDER

Status hearing and ruling on motion hearing held. For the reasons stated in the attached
memorandum opinion and order, Defendants' Motion to Dismiss [28] Counts II and III is denied.
Enter Memorandum Opinion and Order. Status hearing set for 11/25/14 at 9:30 a.m.


(T:) 00:05

Date: 11/20/14                                                          /s/ Judge John W. Darrah